No. 10-892. Tadeusz Palka, Petitioner v. Roger Shelton, Cook County Sheriff Police Detective, et al.

562 U.S. 1287, 131 S. Ct. 1680, 179 L. Ed. 2d 616, 2011 U.S. LEXIS 2189.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 623 F.3d 447.